## CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE: SEYBERT,J.  DATE: 4/29/2020    TIME: 2:00

DOCKET NUMBER: CR 20-153       TITLE: USA-V-_____

DEFT NAME: YONG MIN CHOE                    DEFT: #____
       __X_ PRESENT   ___ NOT PRESENT   ___ IN CUSTODY  _X_ ON BAIL

                    JEFFREY LICHTMAN;
       ATTY. FOR DEFT.: JEFFREY EINHORN_____   C.J.A._____
                   _X_ PRESENT   ___ NOT PRESENT _X_ RET
                              ____ FED. DEF. OF NY, INC.

A.U.S.A. VIRGINIA NGUYEN_____   DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: D. TURSI


_X_   Case called; counsel for all sides present by telephone.

_X_   Waiver of indictment executed.

_X_   Information filed.

_X_   Deft. enters a plea of guilty to Count 1 of the
      Information.

_X_   Court finds a factual basis for the plea.

_X_   Sentence date set for  9/11/2020 at 11:00AM.

_X_   Probation Department notified.

____   Case adjourned to _____ for

_X_   Deft. continued on bond.

____   Deft. continued in custody.

____   Bail set at _____

_X_   Other: Preliminary Order of Forfeiture approved.