

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:ES
F. #2010R02175

*610 Federal Plaza*
*Central Islip, New York 11722*

September 18, 2020

By ECF

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Yong Min Choe
                 Criminal Docket No. 20-153 (JS)

Dear Judge Seybert:

      Enclosed please find a proposed Final Order of Forfeiture as to the defendant, Yong Min Choe, in the above-captioned case. The Court has scheduled sentencing for October 30, 2020 at 1:30pm.

Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about April 29, 2020, the United States was directed to judicially seize and commence publication as to the Forfeited Assets and the Payment described therein. Publication was completed on May 30, 2020 (*See* Docket Entry No. 16, Declaration of Publication). Further, on or about July 1, 2020, the government served, via Federal Express, notice to all those persons known to the government who might have an interest in the Forfeited Assets and the Payment (*See* Docket No. 17, Certificate of Service as to Notice of Potential Third Parties). No third-party claims have been filed and the time to do so has expired. The government therefore respectfully requests that the Court "so order" the enclosed Final Order of Forfeiture at sentencing, in accordance with Rule 32.2 of the Federal Rules of Criminal Procedure.

2

Thank you for Your Honor's consideration of this submission.

                              Respectfully submitted,

                              SETH D. DUCHARME
                              Acting United States Attorney

By:    */s/ Elliot M. Schachner*
           Elliot M. Schachner
           Assistant U.S. Attorney
           (718) 254-6053