# EXHIBIT A

Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

It is with a heavy heart that I write to your honor for your leniency. My name is Bong Jin
Choe and I'm the father of Jason Yong Min Choe who is before you for sentencing. I'm
85 years old and have been living with Parkinson's disease for 10 years now. Thus, it is
very difficult for me to write or speak on behalf of my son, so my words are being
translated and typed by my daughter.

I have spoken to my son about his wrongful acts and know what he did was wrong, and
he is very sorry for the hurt he caused to his employees.

I lived through Japanese occupation during my childhood years and the Korean War,
where I saw so much destruction. At this time, my father was killed by communist North
Koreans. After the war, I married Jason's mother, the love of my life, but we had
nothing. We had to scrap for every meal and all of our family members were living
together in one house. We immigrated to the US when the chance came to better the
lives of our children. In the US, with help from friends, we were able to open a fruit
stand, but still lived poorly. We always associated with and worked with other
immigrants, some of whom were undocumented. I believe this is why Jason didn't think
much about hiring undocumented immigrants. He grew up working alongside them and
respected the hard work they did.

I am giving you this history because I hope it will help you see Jason's true character
throughout his life as a simple, hardworking family man who doesn't want to hurt
anyone. Jason always worked with us on weekends and during his summer vacation
because we needed help and couldn't afford to hire anyone. When he wasn't working,
he was in charge of his younger siblings while his mother and I worked all the time. I
always felt sorry that he had so much responsibility at a young age and did not enjoy a
true childhood like my other children, but my son never complained. He has always
been a loving person, willing to put others before himself. As my son started his own
family, I see he still carries that same pressure to put his family first and take care of
everyone.

We lost Jason's mother to kidney complications last year. She was battling kidney
disease and diabetes for more than 20 years and Jason was always there to take care

of her. Because of my Parkinson's Disease and my wife's illnesses, we could not drive ourselves anywhere. He took his mother to every dialysis appointment and every surgery. He was also taking care of me, bringing me to my appointments, picking up things we needed, and driving us when we needed to go somewhere. He did all of this for us while also taking care of his own family and raising two children. Although I have three other children, Jason is the one who I call when I need help. I depend on him and he is always there for me.

I have been an elder member of Roslyn Methodist church for more than 40 years, where Jason is also a member. I have watched him gain respect for his quickness to volunteer. He always drives other elder members to and from service, helps clean up, and takes care of much of our clerical work. I know he is a god-fearing man who knows the importance of doing the right thing and treating others kindly. He made a mistake and broke the law, but he knows it was wrong. When we pray together, he repents for his actions and makes no excuses. I know he will never stray again.

As I become older and less and less self-sufficient, I am scared that I do not have much time left. It breaks my heart to think that I might not see him. Your honor, please take this old man's wish into account when you pass judgement and have leniency on my son.

Thank you,
Bong Jin Choe

# EXHIBIT B

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Judge Joanna Seybert:

My name is Gye Yeong Yun. I am 57 years old, and I came to the United States in 1990, met and married my husband, and have a 29-year-old daughter and a 28-year-old son. 10 years ago, I quit my job as a customer service representative at Citibank and have been a housewife since.

I recognize that Jason has pled guilty to a serious crime and will appear before you for sentencing. I am writing to ask that you take mercy on Jason in light of the good that he has done in his life.

Jason Choe is my brother-in-law. Because his children and my children are close in age, they have grown up together. I am very grateful that my children have Jason as an uncle because he has been like a second father to them. He has provided them with an endless amount of support, always cheering them on as if they were his own.

When my children were younger, my husband and I often did not have the time or resources to provide all of the experiences that Jason provided them. For every experience he provided to his own children, he insisted on giving the same experience to my children as well. Up until my children were teenagers, they stayed with Jason and his family for the entire summer because my husband and I were working so much. From vacations to educational outings, Jason and his wife always made sure to bring my children along. Jason also signed them up to take summer classes with his children at a learning center to help them get ahead in school and made sure to take them to the library every week to participate in a children's reading program.

Jason went above and beyond to enrich my kids' lives. Whenever our kids get together now, the flowers of distant memory bloom as they remember their childhoods together. I believe all of this is due to Jason's thoughtfulness and sacrifice.

Jason is a generous person with a big heart. He has been a constant source of support for my family. As the best English speaker in our extended family, we have relied on him in the past to help us navigate many things in life. When I was undergoing serious surgery for a brain tumor, it was Jason who helped translate conversations with doctors and different hospital forms. It brings my husband and I great comfort to know that Jason will never hesitate to help us in both small and large ways. I urge you to see the good in Jason that we have seen since knowing him.

Your honor, Jason is a good and decent man who is committed to helping those around him. He has made a serious mistake that is out of character. When making your decision, I hope you can see him for the positive influence that he is.

Sincerely,
Gye Yeong Yun

# EXHIBIT C

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

July 13, 2020

Dear Judge Seybert,

My name is Ellen Choe and I am writing to you on behalf of my father, Jason Choe. I understand that my father has pled guilty to a serious charge and that there are no excuses for what he did. However, I hope that my letter can show you that my father is a decent man worthy of leniency.

This past May, I graduated magna cum laude from NYU Law School and will begin working at a New York City law firm in October. I attribute my successes in life to my father. As my mother has limited proficiency in English and knowledge of American systems, it fell on my father to handle our education, the household finances, our doctors' appointments, and everything in between. From school applications to job interviews, my father has always been a hands-on parent. When I was applying to law school, he took it upon himself to research different schools and programs so that he had enough information to serve as a sounding board for me. He found message boards and other online resources that he thought might be helpful to me. My father was determined to help me succeed despite his lack of knowledge and experience in that field.

Having heard about my father's childhood and the sacrifices he had to make for his family, I feel incredibly grateful to my father for providing me with the life that I have. Contrary to the stereotype of immigrant parents, my father has always pushed me and my brother to pursue our passions and do whatever makes us happy – a luxury that he did not have. He is my number one cheerleader, devoted to helping me succeed and supportive in everything that I pursue.

Your Honor, my father is the most selfless person I know, willing to do anything to make his family happy. It is a running joke in our family that my father will never admit when he is hungry or thirsty, just in case it may inconvenience one of us. He has never asked for anything, protesting against gifts and claiming that our happiness was enough for him. Even after his arrest, he was more concerned about the potential consequences for our family, rather than those for himself.

Throughout my life, I have witnessed in my father, a selflessness that runs beyond our immediate family. I have watched my father care tirelessly for his parents. His mother, who passed away last year, lived with serious diabetes for much of her life, leading to other health complications. My father was a devoted son, driving her to every doctor's appointment, handling the insurance, and picking up her medication. He still visits my grandfather multiple times a week to deliver meals and keep him company in his old age. Because my grandfather has Parkinson's Disease, he also relies on my father to get to church and medical appointments. Between working and taking care of his parents, my father also supports my mother's side of the family. His love and desire to care for his in-laws, even though they are not blood-related, is just another example of his compassion and capacity to care for others.

Additionally, my father is a pillar of community service. Growing up, we spent much of every Sunday at our church. After the service, my father stayed to clean up and provide transportation to elder members of the church who could not drive themselves. Every Christmas, he opened up our home to church members who did not want to spend the holiday alone, providing warm meals and joyful company. As our house has become too far for many church members, my father now helps coordinate a similar gathering at the church, catering in food for everyone. Because of my father's generosity, I cannot recall a Christmas ever spent with just our family.

As I grow older and prepare to enter a demanding but fulfilling career, I often reflect on the hardships that my father endured to get me to where I am today. I cannot imagine going through life with even half of the burdens that my father has shouldered – from immigrating to a foreign country at a young age and being responsible for his siblings while working, to now being responsible for his own family, his parents, and my mother's side of the family. To this day, I have not once heard him complain. I recognize that my inability to even imagine such a life is due to my father's hard work and commitment to providing us with a better life than he had. His work ethic has stuck with me and continues to inspire me to work hard and be humble.

While many family members and employees rely on my father, I am most concerned about the possibility of my mother living without him. On the morning of his arrest, she called me, crying frantically. With her lack of English skills, she did not understand what the arresting officers were saying to her and was unable to communicate with the courthouse or get in touch with a lawyer. Luckily, I was nearby and available to help, but I fear that may not always be the case.

I have only seen my father cry twice in my lifetime – once when my grandmother passed away and the other, after his arrest. He feels immense guilt over his actions and cannot stop expressing remorse for the pain he has caused others. My father has opened up to us in a way that he has never done before, speaking up when he needs help. Rather than wallowing in self-pity, he has used this as an opportunity to accept responsibility and learn from his mistakes. This is not unlike his method of parenting when my brother and I would get into trouble as children. While my mother preferred to ground us, my father would make us reflect and discuss why our actions were wrong and present a plan for how we would be better. He also has a renewed sense of commitment to his community and is now an active volunteer with Island Harvest, handing out food to needy Long Islanders. While many people would understandably have stopped volunteering in the time of Covid-19 for fear of getting sick, my father has ramped up his efforts, going three times a week.

Your Honor, in sentencing my father, I implore you to consider my words and the words of others who know and love my father. His serious mistake is indicative not of bad character, but a lapse in judgment. If given the opportunity to serve a sentence at home, I am confident that my father will continue to use this experience to better himself and his community. He is truly committed to living the rest of his life as an upstanding, law-abiding citizen. Please have mercy on him.

Sincerely,

Ellen Choe

# EXHIBIT D

**Christopher S. Choe, DMD**
10 Round Hill Road
Great Neck, NY 11020
(718) 316-0987
choedmd@gmail.com

July 12, 2020

**Hon. Joanna Seybert**
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

My name is Christopher S. Choe, and I am writing this letter to you on behalf of my beloved brother Jason Choe. Our family was devastated when we found out he pled guilty to the serious crimes he was charged with. Although I can't speak to his guilt or innocence, I hope this letter will give you some perspective as to who he is as a person and that it may give you a reason to be compassionate in your sentencing.

Our family of 6 immigrated to the United States in 1977. I, along with my three older siblings, grew up in Elmhurst, Queens in a 2 bedroom apartment. Our parents ran a grocery store in Brooklyn. I personally didn't see them much, for they seemed to be always working. The times they weren't working, they were at church. Not to bemoan our childhood, they were fantastic parents who modeled an incredible work ethic and prayed for us constantly, as they couldn't always be there for us physically. Being the eldest son, Jason probably had the toughest childhood. While I was too young and physically too weak to really help out at the store, Jason and my other brother Sam were Junior H.S. age when they started helping out at the store. Throughout their Junior H.S. and H.S. years, they would, along with my Dad, get in our brown Chevrolet van and go to the Hunts Point Market at the break of dawn to purchase the produce for the family business. I don't believe they had a free Saturday to themselves until college. And even then, they would help out when they would visit from school.

Due to the large age gap between myself and my brothers and their hard work, the store was doing well enough that by the time I was Junior H.S. age, I did not have to work at the store and had the luxury of having free weekends to not only play but also study. In part, due to my parent's limited english, Jason took on the role of a surrogate parent for me. Much of my educational pedigree, I credit to him. Without his encouragement, I would not even have applied to Stuyvesant H.S., from which I graduated in 1989. He was a tremendous support to me when I ended up at the University of Chicago, graduating with honors in 1993. He also encouraged me to go to graduate school and I graduated from Tufts University School of Dental Medicine with honors in 2000. I have been a licensed dentist, serving the people of New York, for the past 20

years. Throughout my studies, Jason has been a pillar of support for me, not only by giving me guidance and sometimes spending money, but modeling the value of hard work. If our birth order had been different, with me being the oldest, having to work at the store during those crucial educationally formative years, I would be living a totally different life now.

Even when Jason was older, his work ethic never waned. For years, his family would host my father's birthday at their house on Christmas day, inviting some 60 members of my father's church and our extended family. The party would start around 4pm, but Jason usually arrived when the party was winding down and most of the food gone, due to having to work at his 7-11, unable to get the extra help he needed on a major holiday. Much like his childhood, mostly others, myself included, were enjoying the fruits of his labor.

It wasn't until recently that his family started to take vacations. I was so happy to finally see him take some time for himself and thought it well deserved. Then our mother died last year. She was sick for many years from diabetes and end stage renal disease. Our father is not well either. He suffers from Parkinson's and needs a lot of assistance. When our mother was alive, he was indispensable in coordinating care for her, communicating with doctors and obtaining a kidney transplant for her. When she passed, now as the de facto head of our family, he became the bedrock on which our family leaned. Even now, with all that he has going on with this criminal case, he still makes time to care for our father, taking him to his doctor's appointments and ensuring all his needs are taken care of.

When Jason first told me of his arrest, the first thing he told me was, "I'm so sorry for the embarrassment I am causing to everyone." Jason has expressed nothing but contrition to me and an inordinate amount of shame. He shared with me what he had done and I thought, "Wow, I think several of President Trump's golf courses has been accused of the same thing, knowing and hiring undocumented immigrants." (New York Times, 12/6/18, 2/1/19, 4/9/19, 7/5/19, 12/31/19). When people with access to many more resources, and who should know better, engage in similar practices and are not prosecuted, to me, it seems reasonable to me that people may not appreciate the severity of the crime in which they are engaged. This is not to say what Jason did was right, but his judgement was clouded. The financial forfeitures have left him destitute, and he will probably have to depend on his family for support for the rest of his life.

Judge Seybert, when this whole ordeal started, I prayed for you and the prosecutors, that you may see Jason wholly and not just as another criminal. He is a pillar in our family, valued member and contributor to his community. Please help him continue to be, by being merciful and compassionate.


Yours truly,

Christopher S. Choe, DMD

# EXHIBIT E

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

My name is Young Ae Chun. I immigrated to America in 1981 from Korea. Jason is my only son-in-law. I know Jason has pleaded guilty to a serious crime and I thank God for the opportunity to write this letter to you to beg for mercy for Jason.

Since Jason married my daughter, he has cared for me like a real son. When I immigrated to America, I was divorced and had nothing. After 6 years of working hard at a nail salon, I had just enough to bring my children here. I would have continued to live a difficult life but Jason cared for me once he married my daughter. He went grocery shopping for me every weekend and helped me get anything I needed. When I was sick, Jason is the one who would take me to the doctor and buy me medicine. He drove me to my church every Sunday and brought me home. When I was in the process of becoming an American citizen, Jason is the one who helped me study to pass the test.

When I got older and unable to work, he insisted that I live with him and his family. He said he did not want to see me living alone in my run-down apartment. I happily lived in his house until I could afford to live at a senior living home. I could see how hard he was working to provide for his family and be a good husband, father and son. Even though Jason was already busy taking care of his own parents' health issues, he always made sure to take care of me too. He has done so many things for me both big and small. It is in his nature to always be giving and helping people.

Honorable Judge, it is hard for me to see Jason like this. He knows he made a mistake and cannot stop feeling sorry over it. I have prayed with him for God's forgiveness and for the people he hurt. It also breaks my heart to see my daughter in this situation. I know how much she loves Jason and totally depends on him like I do. I am 83 years old now and I don't have much more time to live. I don't want to see my daughter living alone like I did after my divorce 47 years ago. Honorable Judge, I beg you to have mercy on Jason so that he can continue to live with my daughter while making things right.

Honorable Judge, I thank you for your love and concern.

Sincerely,

Young Ae Chun

# EXHIBIT F

July 11, 2020

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

My name is Emilia Gonzales. Jason Choe has been my employer off-and-on for ten years at the
No. 1 Laundromat on Watson Avenue in Bronx, New York. I am proud to send this letter to
support Jason. He is an excellent boss and I am very grateful to know him. I hope this court will
give him the most lenient sentence possible for his mistakes in this case.

Jason treats every single worker and customer with respect. The laundromat is a good place to
work because of Jason's kind heart. He pays us well, speaks to us in a friendly way, and cares
about us as individuals. When my sister visits me at work, Jason is warm and welcoming to her,
too. I know how lucky I am to work for such a gentleman. I know I can trust him to be fair and
honest in every way.

After my mother died, Jason gave generously to me so I could send money home to pay for the
funeral. It was an incredible gift during a sad time for my family. If I have a money problem, I
know that I can talk to Jason and that he will help me. He is a good listener who I can talk to
even when I have a difficult situation. It is not this way with every boss. Jason is a very special
person and everyone knows it.

Jason told me about his legal case in person. I was very surprised and very sorry that he had this
problem. This news did not change my opinion of Jason. He has been an important part of my
life for ten years. I know his character and saw how he treats people with my own eyes. I respect
him very much. He is an important person to so many people in our community.

Your Honor, please remember that Jason has helped many people and provides good jobs. I pray
that you will show him mercy. Thank you.

Sincerely,


Emilia Gonzalez
940 St. Nicholas Ave. #5C
New York, NY 10032

# EXHIBIT G

**Marie Louise Evelyne Sawadogo**
**1066 Colgate Avenue #1**
**Bronx, NY  10472**

July 11, 2020

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

Dear Judge Seybert,

I have worked for Jason Choe at the No. 1 Laundromat in Bronx, New York for almost ten years. I know Jason very well, so I am grateful for this chance to write to you. I was shocked when Jason told me about his legal trouble. He is a polite, gentle person who is also an honorable citizen and member of our community. When he explained his case, he took responsibility for his actions. He did not blame anyone else. We were both feeling very sad to talk about such a painful problem.

Jason is the best boss I ever worked for. He is very understanding and never raises his voice. If he comes in and sees an untidy floor, he will pick up a broom and sweep it up himself. He does not complain. He goes to work like he is a part of the team and family. Since Jason shows respect, everyone respects him and does their job well. When he speaks to anyone, he always says "please." The workers want to do their jobs the right way because he is such a good person.

A few years ago, I had an accident and spent two weeks in the hospital with a burn. He paid me while I was there in the hospital. Then it took me three months to recover and he kept my job for me. I was so thankful that he supported me during that time. My job is very important to me and it helped me that I did not have to worry about that. This year, my father died in Burkina Faso in Africa. Jason paid for my airline ticket so I could be with family to mourn. This is just the type of person he is. If there is a way to help, Jason will do it. If he finds out there is problem, he will solve it in the most generous, loving way.

Your Honor, I hope you will think about everyone in the Bronx who cares about Jason. He is a very hard-working man who operates a good business in our area. There is a good feeling in our laundromat and we owe that to Jason. Please show him mercy and please hand down the most lenient sentence possible.

With respect,


Marie Louise Evelyne Sawadogo

# EXHIBIT H

**Ryan C. Pak, CPA, PLLC**
1430 Broadway Suite 306
New York, NY 10018
T) 212-643-2727, F) 212-354-6078
ryan.pak.wg85@wharton.upenn.edu

July 14, 2020

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Re: Character Letter for Mr. Jason Choe

Dear Judge Seybert,

My name is Ryan C. Pak, and I have been an accountant for Mr. Jason Choe's family and his laundromat business for over 20 years. I am a graduate of The Wharton School's undergraduate and MBA programs and have practiced for more than three decades as a CPA serving the Greater New York metropolitan area.

Upon learning that Mr. Choe had pleaded guilty to a serious crime and would be appearing before your chambers for sentencing, I could not believe what I was hearing. I could not imagine how such a kind and seemingly rule-following person could be involved in illicit activity. Although I have known Mr. Choe for a long time, I saw him most frequently in any given year during tax season. As an accountant, I noticed that he was very different from nearly every other person during tax season: he never asked to find magical ways to lower taxes but was always more concerned with how and when he should pay his taxes and demonstrated a clear understanding of his taxpayer obligations. In my interactions with him, there was never a time when he was not honest or responsible or tried to get out of paying fees.

As the accountant for both Mr. Choe's brother and his parents, I have seen their family's relationship through the neutral lens of financial transactions. I have observed that he regularly puts his interest behind theirs. He has high respect for his parents and love for his brother. I have known the entire family to be very generous and note that Mr. Choe is involved in community service and donates a high percentage of his household's income to the church they attend.

Mr. Choe and I have the shared experience of rearing two children who have gone on to become attorneys. My oldest daughter is an Attorney-Advisor for the U.S. Securities and Exchange Commission, and my son is a Staff Attorney & Skadden Fellow at Michigan Community Resources in Detroit. Mr. Choe also has two children in the legal profession. Because my children are around 7 to 8 years older than his, I

Character Letter for Mr. Jason Choe
Page 2 of 2
July 14, 2020

often shared with him about my children's journey through law school and into their careers. During those conversations, I could sense Mr. Choe's deep love for his children. Through his care and guidance, they have gone on to become successful, highly qualified attorneys: his oldest child works at Dickinson Wright and is a graduate of the University of Tennessee College of Law, and his younger child will be starting at Wachtell, Lipton, Rosen & Katz after graduating from NYU Law. I can only imagine the excruciating heartache his children experienced when they learned that their father had pleaded guilty in federal court as they took their first steps in their legal careers. I cannot shake how deeply impacted his children and their mother will be during his sentencing, and hope that they can be spared the heartache of having their father sentenced to prison.

During my career, I had one other client who faced a federal charge in a BSA/AML issue during the late 1980s, when structuring cash deposits was not well understood by the public. This is the second time that I have seen one of my clients face a federal charge. I am still struck by how one of the nicest people I have ever dealt with in my entire business career could be charged with one of the most serious crimes any of my clients have ever experienced.

Because I have not been involved with the payroll accounting of Mr. Choe's 7-Eleven business, and due to his tendency to keep to himself out of fear of burdening others, I did not know much about the progress of this case. However, when I saw him at his mother's funeral and noticed the sunken look on his face that day, I knew that he was dealing with something serious. As I have learned more about his situation, I have come to better understand the depth of his feelings of hopelessness and remorse for having violated the rule of law. I can testify that Mr. Choe is one of the kindest, most decent people I have ever had as a client. I am confident that he truly feels sorry for his offense, and, if given the opportunity, will spend the rest of his days making up for his transgression and serving as a valuable asset for the community.

Sincerely yours,

Ryan C. Pak

Ryan C. Pak, CPA, PLLC
1430 Broadway Suite 306, New York, NY 10018
Tel) 212-643-2727, Fax) 212-354-6078
ryan.pak.wg85@wharton.upenn.edu

# EXHIBIT I



DICKINSON WRIGHT PLLC

424 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
TELEPHONE: 615-244-6538
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

DANIEL D. CHOE
DChoe@dickinsonwright.com
615-620-1753

July 17, 2020

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert;

My name is Daniel Choe and Jason Choe is my father. I understand he has pled guilty to a serious crime. He has taken responsibility for his actions and I write to you in hopes that you show him mercy and leniency upon sentencing.

I graduated from Emory University in 2014, and then the University of Tennessee College of Law in 2019. Currently, I am a practicing attorney in Nashville, Tennessee, mainly focusing on construction litigation. I attribute all of it to my father. Without him and without his support, I would not be the man I am today.

My father and I share a deep bond over our mutual love of golf – a game that requires honesty, integrity, and respect. In golf, players must account for their actions and maintain their composure, even when they think no one is looking. The game also requires a great deal of patience and respect for fellow players. My dad exemplifies these values and has taught me to do the same. He is an honest man who treats everyone with respect, always soft-spoken and gentle in manner. Even growing up, my father spoke to us calmly instead of raising his voice. He taught us to admit to and apologize for our wrongs, wanting us to understand why our actions were wrong, rather than merely punishing us. He is now actively practicing what he preached. Even though he has made a serious mistake, he has been honest with us throughout this whole proceeding and is taking responsibility for his wrongdoing.

My father is the rock of our family and I have grown up watching him sacrifice for his family time and time again. Until last year, when my grandmother passed away, much of his time was dedicated to taking care of her and her various health issues. Now, it is spent looking after my grandfather, who remains largely immobile due to his Parkinson's Disease. Most importantly, he has been an outstanding husband and father to my mother, my sister, and me. Growing up, because my mom has limited English skills, my dad did everything for us. He helped us with schoolwork, handled the bills, took care of repairs in the house, and countless other things. He continues to provide for my mom, and she relies on him completely as my sister and I have left the house. Our family is his priority and he will do anything to support us, regardless of what he must sacrifice.

ARIZONA      CALIFORNIA      FLORIDA      KENTUCKY      MICHIGAN
NEVADA      OHIO      TENNESSEE      TEXAS      TORONTO      WASHINGTON DC

DICKINSON WRIGHT PLLC

Hon. Joanna Seybert
July 17, 2020
Page 2

Even now, he is more concerned about how it affects me and the rest of my family than what it means for his own life.

I hope that I can be the husband, father, and man that my dad has been throughout his life. He has been a devoted family man, while also serving his community. He is an active member and volunteer with our church, always doing what he can to help, whether that be staying late to clean up or helping shuttle people back and forth. I am proud to see him now volunteering in his broader community, serving food-insecure residents of Long Island with Island Harvest, especially in these uncertain times. His consistent spirit of service has inspired me to give back to my community in various ways. I am an active member and volunteer with my church, here in Nashville. In law school, I volunteered with my law school's pro bono clinic, serving indigent clients who could not afford legal representation. At Dickinson Wright, I have become involved in the firm's efforts in support of Safe Haven Family Shelter, an organization providing services for homeless families. I hope to continue embodying my father's generous and caring nature.

While my father made a serious mistake under a great deal of pressure, it does not define who he is as a person. He sacrificed his childhood to provide for his family and continued to put his family first as he built his own. He is a man who will do anything for his family and cares for other people. That is why he is heartbroken over his actions and will regret hurting his employees and his family for the rest of his life. He has asked us all for forgiveness and continues to fight to make up for his wrongdoings.

Your honor, in sentencing my father, I beg that you show him mercy and leniency and allow him to serve his sentence at home. If given this opportunity, I know my father will not squander it, but instead learn from his mistake and commit to being the upstanding, law-abiding citizen me and the rest of my family knows him as.

Sincerely,

Daniel D. Choe

DDC

ARIZONA    CALIFORNIA    FLORIDA    KENTUCKY    MICHIGAN
NEVADA    OHIO    TENNESSEE    TEXAS    TORONTO    WASHINGTON DC

# EXHIBIT J

July 12, 2020

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

Dear Judge Seybert,

My name is Sangsul Choe and Jason Choe is my older brother. I am sorry that my brother violated the law in this case. These bad choices were out of character for Jason, who is a very helpful and generous man. I know that he wishes he could go back and make a different decision. My brother knows that what he did was wrong. Thank you for reading this character reference letter to urge this court to give Jason a lenient sentence.

When my family first arrived in the United States, my parents worked more than twelve hours each day. As the eldest, Jason was in charge of me and my other siblings. I remember that he took care of me and kept me safe in our new country. He was thirteen years old at the time which was a young age to have so much responsibility. For my entire life, Jason has been a wonderful brother and always looked out for me.

Twenty years ago, I had an accident and was hospitalized for several weeks at New York Cornell Presbyterian Hospital and Mount Sinai Hospital. Almost every day, Jason drove in from Long Island to visit me. Many days, he drove first to Staten Island to pick up our parents, then drove to Manhattan to see me at the hospital. He spent many hours in the car every day to make these visits happen. Also, Jason took care of my small business while I was incapacitated. Then, when I was released, I was not allowed drive for 5-6 months. It was my brother, Jason, who made sure that I got everywhere I needed to go. Your Honor, my brother goes above and beyond the usual duties to take care of his family members.

Jason's children are older than my children, so he was ahead of me in the parenting process. He shared all the knowledge he gained through experience. For example, he gave me excellent advice when my children applied to college and filled out their financial aid forms. My children love their Uncle Jason, who taught my son how to play golf. Jason's two children are a tribute to his values and work ethic. Both his children are in the process of becoming lawyers in Tennessee and in Manhattan. They are both hard-working, responsible, very intelligent young people who I know will make a great contribution to our country.

My brother is a quiet, steady example of hard work and community service. I attend the same church where my brother serves in a leadership role. He is an exceptional father, son, and husband. As a business owner, I know that he cares deeply about his employees. Jason looks

after everyone and I know that I can rely on him for anything. He has been there for so many people over the years, so I am happy to be there for him today.

Your Honor, thank you for considering my thoughts and memories of my brother, Jason Choe. He regrets his illegal acts very much and I am certain that he will never return to a courtroom as a defendant. I know I speak for many people when I ask you to show mercy in this case.

Respectfully,


Sangsul Choe
96 Hamilton Drive
Rosalyn, NY  10576

# EXHIBIT K

**Billy Yun**                                   2071 Salisbury Park Drive Westbury, NY 11590

July 12, 2020

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

I am a retired NYPD captain with twenty-five years of exemplary service to the people of New York. I first met Jason Choe in 1982 at Stonybrook University a in Long Island where we began a lifelong friendship. I was very shocked to hear the news of Jason's legal violation. He is a law-abiding, good citizen who respects authority and conducts himself in an orderly fashion. Your Honor, I picked Jason up and took him home after his initial arrest. He was honest with me and took full responsibility for using such poor judgement. With my years of law enforcement experience, I can easily report that Jason Choe is an excellent member of our community and will never repeat these mistakes.

During college, Jason and I were part of the same social group of Korean students. Jason distinguished himself for his decency, gentle demeanor, and willingness to help others. Jason was the only kid who had access to a car. We all appreciated how often he drove us to social events and to run errands. On weekends, Jason drove a few of us back to Flushing where we spent the days off with our parents. Even as a young man, Jason drove carefully and obeyed the traffic laws.

I have spent many evenings at Jason's house as a dinner guest. I saw what an excellent husband and father he is to his family. His two children are bright, focused, polite, and engaged with the world. Jason taught his children to be good neighbors and dutiful citizens. Today, they are both preparing for legal careers. I know how hard Jason worked to give his children a stable home and a good education.

Jason and I frequently play golf with our friends. Jason is the most well-mannered golfer I know. He never gets upset and knows how to calm other people down. Also, he is the most trustworthy man, so he is designated as our official scorekeeper. Jason routinely does the advance planning for our golf outings. In this capacity, Jason demonstrates extraordinary patience, flexibility, competence, and reliability. No matter what the issue, Jason handles himself with maturity and grace. He is an exceedingly fine person.

I interacted with thousands of people during my law enforcement career. I developed a strong intuition about a person's inner character and intentions. Jason Choe does not have a malicious bone in his body. I am sorry that he is in legal peril as a result of his bad choices in this case. That said, I hope this court will take a closer look at his lifetime of service to others. Your Honor, please consider showing leniency to my beloved friend.

Sincerely,

Billy Yun

# EXHIBIT L

Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Honorable Judge Joanna Seybert:

My name is Joanne Yun and I have known my uncle, Jason Choe, the entire 29 years of my life. I was shocked when I found out Jason violated the law but am proud that he is taking full responsibility for his mistake, which is not something that happens enough these days.

Jason was always the calm, kind uncle who was always gentle and patient. For most of my childhood years, Jason and my aunt included me and my brother on their family vacations when our own parents couldn't take us. Every winter, Ellen, Daniel, my brother and I took ski lessons, and despite needing a beginner's lesson every winter, Jason never hesitated to get them for me. My cousins and brother were much stronger skiers and would zip through blue and black diamonds while I trailed behind, too scared to make it through. Always standing behind me patiently, waiting for me to get back up was Jason, never making me feel bad that I was slowing him down, treating me like I was his own daughter. I grew up knowing that I could always count on Jason to help and guide me through any troubles.

After my mother had to get unexpected surgery for a brain tumor, it was tough for me to finish school and I couldn't graduate from college. I felt like such a huge disappointment to my parents, who were already going through a hard time as it was. I was too nervous to tell my parents, so I called Jason. Jason was the first family member I felt comfortable telling. In one of the most vulnerable times of my life, I knew that Jason would be supportive without judging me. I'll never forget when Jason took me out for lunch to talk about it — he was concerned first and foremost about how I was doing emotionally and not focused on my failure. He reassured me that while this was a mistake, I was going to learn and grow from it, and that everything was going to be okay. And everything turned out more than okay. I ended up finishing my degree at Harvard Extension School on the dean's list. I could not have achieved what I did without Jason's constant support and encouragement throughout my life.

As Deputy Director of Marketing at Citizen Schools, an education nonprofit that supports mostly black and Latinx students in underserved communities across the country, I've served many students whose parents work long days as undocumented workers. As such, I fully understand the seriousness of Uncle Jason's crime and have discussed this directly with my uncle. He has been openly remorseful for his actions and I know that he can and will do better.

Throughout my entire life, Jason has always been a kind, patient and good human being, and I believe that his crimes, while certainly wrong, does not define who he was and continues to be for me and my family. I urge you to consider the totality of Uncle Jason's life rather than reducing it to one mistake.

Sincerely,
Joanne Yun

# EXHIBIT M

July 11, 2020

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Hello Judge Seybert,

My name is David Yun and I am writing this character letter on behalf of my uncle Jason Choe. I recognize that my uncle has plead guilty to a serious crime and will appear before you for sentencing.

Frankly, I was shocked when I first heard the news about my uncle. I could not understand how such an empathetic, patient, and kind-hearted person could end up in this dire situation.

During my childhood summers, my uncle Jason would take care of me and my sister as both of my parents held down jobs to support our family. The summer I spent at my uncle's home studying for the SATs stands out as one of many examples of his upstanding character. Every weekend for about two months, my uncle Jason would drive me, my sister, and his two children to the local library and help us prepare for our SATs. He would sit with us for hours making sure we had the right books, enough snacks, and completed our practice tests in time.   After the long hours of studying, my uncle Jason would reward us with frozen custards and trips to the golfing range.

My uncle Jason's dedication to my academic success meant a lot to me at the time. Despite the many times I had taken the SATs, the scores had always been pretty poor. Consequently, my relationship with my parents took a strain and I considered giving up on college all together. At the time, my uncle was the only person to guide me towards my goal without shaming me for my failures. After each practice test, he would sit with me and go through each section of the test. He would point to each incorrect answer and ask me to talk him through my thought process. My uncle's willingness to parse through each of my missteps taught me how to empathize with others in need.

After the summer spent with my uncle my score improved drastically. I was able to confidently submit my application and received my acceptance letter a few months later. I could not have achieved this milestone without my uncle's generosity, patience, and kindheartedness. It breaks my heart to see my uncle in such a distressing situation and I can only hope that he is shown the same kindness and understanding that he showed me that summer.

Thank you,
David Yun

# EXHIBIT N

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

July 4, 2020

Dear Judge Seybert,

Honorable Judge, I thank God as I am writing this letter to humbly ask your generous
forgiveness for Jason.

Honorable Judge, my name is Inkuk Yun. Since immigrating to the United States in 1987, I have
worked as a salesman for 33 years at Japanese Food Corporation. My family consists of me, my
wife, a 29 year old daughter and a 28 year old son.

Honorable Judge, Jason is my brother-in-law. Jason became my brother when he married my
younger sister Soon Young Yun and he is like a real brother to me. He is a really good person
and has been so warm-hearted and sacrificial to our family. Though I could not give my children
enough opportunities for leisure activities because of my limited income, Jason included my
children in all of his own children's activities so that my children could grow up with the same
experiences. He cares about them like they are his own children. Whenever my wife and I
needed something for our children, he was there. I am thankful that my children have him as an
uncle.

In addition, he provided us with lots of help and care more times than I can count. One special
thing I will never forget is when my wife had to get surgery for a brain tumor that was suddenly
discovered. The operation was dangerous and urgent. At that time, I was in a difficult state,
unable to process much from the shock of sadness. In that situation, my wife's surgery would not
have gone smoothly without Jason's help. He mobilized on our behalf like it was his job, helping
not only by translating doctors' consultations, but also by helping us figure out all the forms we
had to fill out. I cannot forget the warmth from Jason, who strove to comfort my heavy heart
during that time. In a stressful time, he made sure that the only thing I needed to think about was
my wife. He took care of driving me to the hospital and making sure the rest of the family knew
what was happening and let me focus on my wife becoming healthy again. Jason did all of this
with no hesitation and without anyone asking him to. Honorable Judge, that is Jason's real
character.

Honorable Judge, Jason called me in November last year to ask for support and forgiveness for
his coming court appearance. He told me that he pled guilty to wrongdoings while running his 7-
11 business. I was shocked to hear of his story because I know he is such a good person who
cares for and loves my family and others around him. I could hear the sadness in his voice as he
admitted what he did.

Honorable Judge, my sister Soon Young married Jason because she loved him and she still loves him. My sister called me crying last November letting me know of her husband's situation. My sister was so sorrowed for him. She said Jason has sacrificed his whole life for her family. My sister asked me to pray that she could continue to live with Jason even though she has been left nothing financially. My sister has lived a hard life since her young age but she has been able to depend on Jason since marrying him.

Honorable Judge, I dare to politely ask you for leniency for Jason and allow him to continue to live with my sister happily. I know Jason will use this opportunity to live a humble and law-abiding life. I appreciate your time and may God's abundant blessing be with you. Thank you again.


Sincerely,


Inkuk Yun

# EXHIBIT O

Pastor Samuel Kim
109 Garden Street
Roslyn Heights, NY 11577

July 16, 2020

Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

I serve as the Pastor of the Roslyn Korean Methodist Church in Roslyn Heights, New York. I have known Jason Choe for over seventeen years. He is a fine Christian gentleman who was an active member of my congregation for a long time. It is an honor for me to stand with him as he prepares for his sentencing hearing in federal court. Jason described his illegal acts to me in a forthright manner. He accepted responsibility and did not hide the truth. I know that Jason respects authority and understands that it is important to obey the law at all times. Thank you for taking the time to consider this character reference letter in support of Jason.

Jason is a good-natured man committed to his faith. He has served our congregation in multiple leadership roles. He was always a natural peacemaker with a gentle temperament. If the leadership committee was discussing a stressful issue, Jason knew how to calm everyone down and create a productive dialogue. He also served as a member of the church's financial committee, helping to budget and monitor our finances. There was no question that Jason was trustworthy and honest enough to handle such a delicate job for us. Jason fulfilled his duties to the church in the spirit of humility and service. Every Sunday, Jason would come early or stay late to set up and clean the chairs and tables for our fellowship time. He did not hesitate to work hard and break a sweat if necessary. I cannot count the number of times Jason has asked me how he can be of assistance. Jason Choe is a devoted servant of our church.

Every Christmas, Jason invited the entire congregation to his home for a celebration so that everyone could be together. He prepared food and gifts for approximately 150 people. There are very few people that I've met who would open their homes with such a generosity. I also know he has offered financial help to his fellow parishioners in times of need. Your Honor, I must emphasize that Jason does these good works with a humble heart. He is generous and quiet at the same time. He does not boast or seek praise. Jason knows that he has been blessed with success. He opens his heart to share that blessing in the Christian spirit of giving.

I have known Jason's entire family for many years, and I admire them for their kindness, strength, and dedication to service. I was with Jason and his family when his mother passed away last year. It was incredible, but not surprising, to watch Jason rise to the occasion and lead his family in strength during such a tragic time in his life. I have witnessed his devotion to his family many times before. This past May, on the one-year anniversary of his mother's passing, I joined his family at the cemetery to help honor her. Because of the severity of the pandemic at the time, it would have been impossible to gather anywhere indoors afterwards. Jason and his wife thought to prepare food for everyone to eat outside so that the family could spend more time together and reminisce on memories with their mother. He graciously invited my wife and I to join them even though it was a family affair. Jason is the kind of man who treats everyone like

family and cares for them like his real family. I know that Jason's mother would be saddened by his actions but nonetheless proud of the thoughtful and generous man he continues to be for others.

Jason should have obeyed the law in this case. He has expressed deep remorse to me in our conversations and he knows that justice will be done the right way. Your Honor, I hope you will examine Jason's illegal acts in the context of his entire life. You will find countless acts of neighborly love and honorable citizenship. Please consider these many acts as you make your final decision.

Please have mercy on Jason Choe.

With gratitude,


Pastor Samuel Kim

# EXHIBIT P

July 6, 2020

Inho Yun, Senior Pastor
Calling Mission Church
3434 West 6th Street
Los Angeles, CA 90020

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, New York 11722


Dear Honorable Judge Seybert:

I am humbly writing this letter to ask you to show leniency to Jason Choe, my brother-in-law.

My name is Inho Yun and I immigrated to America on December 16, 1983. Ever since
graduating from Golden Gate Baptist Seminary, San Francisco in 1990, I have served at a local
church in Los Angeles as the senior pastor for 30 years.


Jason Choe became a member of my family and has been special to me since he married my
sister Soon Young Yun. Though we have lived far from each other, he has always been very
supportive and warm-hearted.


In November, he called and asked for my prayer support for his wrong-doings while running his
7-eleven business, expressing guilt and shame. I was so surprised to hear of his wrong-doings
because he is not that kind of person. Jason is a selfless and generous man who always wants to
help others.

As a pastor, I have made many mission trips to Asia and Africa. Jason is always very supportive
of me and my ministry and the work that we do. He goes out of his way to donate resources and
items that we can bring to help the people we are visiting. In 2010, I stopped in New York before
leaving for my mission trip to Vietnam. After hearing about the conditions of my church's
upcoming mission trip, he was concerned about our safety and went out of his way to purchase
helpful medicines and bug sprays to keep us safe. He also insisted on giving me a ride to the
airport even though it was inconvenient for him because he wanted to make sure I was
comfortable. He has been more than a real brother to me through all my mission work and
ministry work.

Jason has also supported me in my personal life, both financially and emotionally. In 2012, when
my car was being repossessed, he helped me get back my only mode of transportation by paying
off the balance. I am still driving that car today, thanks to him. Last year, I was diagnosed with
prostate cancer and Jason is a big reason why I was able to get treatment. He has helped me pay
for the cancer treatments and encouraged me to stay strong. He calls me often to check on me

since I am the only member of my family living outside of New York. Whenever I visit New York, I always stay at his home rather than my blood-related brothers' homes because I feel more comfortable and closer with Jason.

Honorable Judge, my sister Soon Young Yun has depended on me since our father left home at her early age of ten. When she came to America, she worked at Korean Bank speaking only Korean. She has lived diligently and sacrificed much for her family. I feel lucky that she found someone that she could depend on without worrying about the language barrier and being alone. She cannot run any business by herself because of her very limited knowledge of English and is afraid of being alone. My sister said she was shocked to learn about Jason's wrongdoings, but she still loves him and supports him.

Honorable Judge, my sister called me crying last month, asking me to pray that she can continue to live with her husband together. Even though they have been left with nothing financially, she said life is meaningless without him and does not want to live without him.

Honorable Judge, my sister loves her husband so much and totally depends on him daily. She cannot live alone. My heart breaks to imagine my sister by herself. I wish I could go to New York to help support her and Jason but cannot as I am undergoing stage-4 prostate cancer treatment.

Honorable Judge, please have mercy on Jason Choe and give him the opportunity to live with my sister continuously as a family.

Thank you for your time and I am very appreciative of your deep grace. I pray that God's grace and abundance bless you always.

Respectfully,

Inho Yun

# EXHIBIT Q

**From:** Volunteer Support via VH <b02@b.volunteerhub.com>
**Sent:** Friday, November 29, 2019 11:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (12/3/2019 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, December 3 10:30 AM - 12:30 PM

**Location**
34 Second Ave., Brentwood, NY 11717

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Community Mobile Food Pantry in Brentwood. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above. Parking on premises. Meet at

the Island Harvest van at 1:30 PM. The van will be parked in front of the library.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food , document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

**From:** Volunteer Support via VH <b02@b.volunteerhub.com>
**Sent:** Thursday, December 05, 2019 2:54 PM
**To:** Jason Choe
**Subject:** Island Harvest: Event Registration Cancelled

 **Island Harvest**

# Event Registration Cancelled

Your registration for the following event has been cancelled.

# Glen Cove Senior Mobile Food Pantry

**Time**
Thursday, December 12 10:30 AM - 12 PM

**Location**
6 Butler St., Glen Cove, NY

**Attendee**
Jason Choe

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

1

**From:** Volunteer Support via VH <b02@b.volunteerhub.com>
**Sent:** Friday, December 06, 2019 11:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (12/10/2019 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, December 10 10:30 AM - 12 PM



**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

1

Thank you for volunteering for the Island Harvest Senior Mobile Food Pantry at Allyn P. Robinson Village in Central Islip (600 Allyn Drive, Central Islip, NY). We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above. Parking on premises. Meet at the Island Harvest truck at 10:30AM. The truck will be parked outside the community room.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food, document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

2

**From:** Volunteer Support via VH <b02@b.volunteerhub.com>
**Sent:** Monday, December 09, 2019 3:19 PM
**To:** Jason Choe
**Subject:** Island Harvest: Event Registration Cancelled

 **Island Harvest**

# Event Registration Cancelled

Your registration for the following event has been cancelled.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, December 10 10:30 AM - 12 PM

**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                                          Report Spam

VolunteerHub

1

**From:**     Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**     Friday, December 13, 2019 11:05 AM
**To:**       Jason Choe
**Subject:**  Island Harvest: Event Reminder (12/17/2019 10:30 AM)

 **Island Harvest**

# Event Reminder

## This is an automatic reminder of the following event.

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, December 17 10:30 AM - 12:30 PM

**Location**
34 Second Ave., Brentwood, NY 11717

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Community Mobile Food Pantry in Brentwood. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above. Parking on premises. Meet at

the Island Harvest van at 1:30 PM. The van will be parked in front of the library.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food , document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

2

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, December 18, 2019 1:06 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, December 17 10:30 AM - 12:30 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

VolunteerHub

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Friday, December 20, 2019 11:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (12/24/2019 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, December 24 10:30 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Senior Mobile Food Pantry at Allyn P. Robinson Village in Central Islip (600 Allyn Drive, Central Islip, NY). We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above.  Parking on premises. Meet at the Island Harvest truck at 10:30AM. The truck will be parked outside the community room.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food, document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

**From:**     Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**     Wednesday, December 25, 2019 12:05 PM
**To:**       Jason Choe
**Subject:**  Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, December 24 10:30 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

VolunteerHub

1

**From:**     Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**     Friday, January 03, 2020 12:05 PM
**To:**       Jason Choe
**Subject:**  Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Northport Veteran Mobile Food Pantry

**Time**
Thursday, January 2 10:30 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, January 08, 2020 12:06 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, January 7 10:30 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

**Volunteer**Hub

Report Spam

**From:**         Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**          Friday, January 17, 2020 11:05 AM
**To:**           Jason Choe
**Subject:**     Island Harvest: Event Reminder (1/21/2020 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, January 21 10:30 AM - 12 PM



**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

1

Thank you for volunteering for the Island Harvest Senior Mobile Food Pantry at Allyn P. Robinson Village in Central Islip (600 Allyn Drive, Central Islip, NY). We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above.  Parking on premises. Meet at the Island Harvest truck at 10:30AM. The truck will be parked outside the community room.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food, document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

2

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, January 22, 2020 12:06 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, January 21 10:30 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

Volunteer Hub

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the Wells Fargo in Hempstead. Meet at the Island Harvest Truck.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 30 lbs.  Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes.** We recommend bringing water and a snack.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Elizabeth Notarbartolo at 516-805-6024. Elizabeth will be on site.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Volunteer                    Report Spam

2

**From:**      Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**      Wednesday, January 29, 2020 1:06 PM
**To:**        Jason Choe
**Subject:**   Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, January 28 10:30 AM - 12:30 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                 VolunteerHub                 Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Friday, February 07, 2020 11:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (2/11/2020 10:30 AM)

 **Island Harvest**

# Event Reminder

## This is an automatic reminder of the following event.

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, February 11 10:30 AM - 12:30 PM

**Location**
34 Second Ave., Brentwood, NY 11717

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Community Mobile Food Pantry in Brentwood. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above. Parking on premises. Meet at

the Island Harvest van at 10:30 AM. The van will be parked in front of the library.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food , document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

Volunteer

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, February 12, 2020 1:06 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, February 11 10:30 AM - 12:30 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

**Volunteer**Hub

Report Spam

1

**From:**    Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**    Wednesday, February 19, 2020 12:06 PM
**To:**    Jason Choe
**Subject:**    Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, February 18 10:30 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com      VolunteerHub      Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Friday, February 21, 2020 11:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (2/25/2020 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, February 25 10:30 AM - 12:30 PM

**Location**
34 Second Ave., Brentwood, NY 11717

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Community Mobile Food Pantry in Brentwood. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above. Parking on premises. Meet at

1

the Island Harvest van at 10:30 AM. The van will be parked in front of the library.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food , document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714



Powered by Volunteerhub.com

Volunteer

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Friday, February 28, 2020 11:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (3/3/2020 10:30 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, March 3 10:30 AM - 12 PM



**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Senior Mobile Food Pantry at Allyn P. Robinson Village in Central Islip (600 Allyn Drive, Central Islip, NY). We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above.  Parking on premises. Meet at the Island Harvest truck at 10:30AM. The truck will be parked outside the community room.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food, document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Betopage, NY 11714



Powered by VolunteerHub.com    Volunteer    Report Spam

**From:**      Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**      Wednesday, March 04, 2020 12:06 PM
**To:**      Jason Choe
**Subject:**      Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, March 3 10:30 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com          VolunteerHub          Report Spam

**From:**       Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**       Friday, March 06, 2020 11:06 AM
**To:**         Jason Choe
**Subject:**    Island Harvest: Event Reminder (3/10/2020 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, March 10 10:30 AM - 12:30 PM

**Location**
34 Second Ave., Brentwood, NY 11717

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Community Mobile Food Pantry in Brentwood. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above. Parking on premises. Meet at

the Island Harvest van at 10:30 AM. The van will be parked in front of the library.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food , document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report System

2

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, March 11, 2020 1:06 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, March 10 10:30 AM - 12:30 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

Volunteer Hub

1

**From:**       Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**       Friday, March 13, 2020 11:05 AM
**To:**         Jason Choe
**Subject:**    Island Harvest: Event Reminder (3/17/2020 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, March 17 10:30 AM - 12 PM



**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Senior Mobile Food Pantry at Allyn P. Robinson Village in Central Islip (600 Allyn Drive, Central Islip, NY). We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above. Parking on premises. Meet at the Island Harvest truck at 10:30AM. The truck will be parked outside the community room.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food, document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

(unsubscribe)

**From:**   Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**   Friday, March 20, 2020 11:05 AM
**To:**   Jason Choe
**Subject:**   Island Harvest: Event Reminder (3/24/2020 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Brentwood Community Mobile Food Pantry

**Time**
Tuesday, March 24 10:30 AM - 12:30 PM

**Location**
34 Second Ave., Brentwood, NY 11717

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Community Mobile Food Pantry in Brentwood. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
For directions, go to https://www.google.com/maps/ and enter the address above. Parking on premises. Meet at

the Island Harvest van at 10:30 AM. The van will be parked in front of the library.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food , document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, April 01, 2020 2:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Bay Shore Senior Mobile Food Pantry

**Time**
Tuesday, March 31 12:15 PM - 2 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Monday, April 06, 2020 10:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (4/10/2020 10:00 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Laurel Park Elem School - Brentwood

**Time**
Friday, April 10 10 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
48 Swan Place, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Laurel Park Elementary School main entrance. Please ask for Noemi when you arrive. For directions, go to https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Bring hand sanitizer. Dress is casual but neat. This is an outdoor event so dress appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714



Powered by VolunteerHub.com                    Volunteer                    Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, April 07, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Laurel Park Elem School - Brentwood

**Time**
Monday, April 6 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

1

**From:**      Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**      Saturday, April 25, 2020 12:05 PM
**To:**        Jason Choe
**Subject:**   Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, April 24 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Tuesday, April 28, 2020 11:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (5/1/2020 10:00 AM) |

 **Island Harvest**

## Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, May 1 10 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714



**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, April 28, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, April 27 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

**Volunteer**Hub

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, May 05, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, May 4 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

1

**From:**      Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**      Thursday, May 07, 2020 12:05 PM
**To:**        Jason Choe
**Subject:**   Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, May 6 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                VolunteerHub                Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Saturday, May 09, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, May 8 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    **VolunteerHub**                    Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Tuesday, May 12, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

## Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, May 11 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Wednesday, May 13, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

## Thank You!

Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, May 12 10:30 AM - 11:30 AM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                 VolunteerHub                 Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Saturday, May 16, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, May 15 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, May 19, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, May 18 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

1

**From:**      Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**      Thursday, May 21, 2020 12:05 PM
**To:**        Jason Choe
**Subject:**   Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, May 20 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

VolunteerHub

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, May 26, 2020 10:51 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Registration Cancelled

 **Island Harvest**

# Event Registration Cancelled

Your registration for the following event has been cancelled.

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, May 27 10 AM - 12 PM

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, May 27, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, May 26 10:30 AM - 11:30 AM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, June 02, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, June 1 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Saturday, May 30, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, May 29 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

Volunteer Hub

| From: | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
|---|---|
| Sent: | Saturday, June 06, 2020 10:05 AM |
| To: | Jason Choe |
| Subject: | Island Harvest: Event Reminder (6/10/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, June 10 10 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

**From:**            Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**             Saturday, June 06, 2020 12:05 PM
**To:**               Jason Choe
**Subject:**        Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, June 5 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com           VolunteerHub           Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Monday, June 08, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (6/12/2020 10:00 AM) |

 **Island Harvest**

## Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, June 12 10 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714



Powered by VolunteerHub.com                    Volunteer                    Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, June 09, 2020 10:41 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Registration Complete

 **Island Harvest**

# Event Registration Complete

You are now registered for the following event.

# Food Distribution - Bay Shore

**Time**
Friday, June 12 9 AM - 3 PM



**Location**
1701 Sunrise Hwy., Bay Shore, NY 11706

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Add to Calendar**
Click here to add reminder to your calendar.

1

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above JCPenny at the Westfield Mall, in Bay Shore. Once you enter, head towards the Buffalo Wild Wings. There will be a designated parking area for volunteers, and the distribution will take place in the back of Dick's Sporting Goods. Upon arrival, come to the volunteer registration table to sign in.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 50 lbs.  Must bring your own mask and gloves.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes, shorts above the knee, or tank tops**. We will be providing lunch, and we recommend bring extra water and sunscreen.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Shannon Karafian at 631-316-4312. Shannon will be on site.



Island Harvest, 15 Grumman Road West, Suite C450, Bethpage, NY 11714

Powered by VolunteerHub.com          Report Spam

Volunteer

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Thursday, June 11, 2020 9:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (6/12/2020 9:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Bay Shore

**Time**
Friday, June 12 9 AM - 3 PM



**Location**
1701 Sunrise Hwy., Bay Shore, NY 11706

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above JCPenny at the Westfield Mall, in Bay Shore. Once you enter, head towards the Buffalo Wild Wings. There will be a designated parking area for volunteers, and the distribution will take place in the back of Dick's Sporting Goods. Upon arrival, come to the volunteer registration table to sign in.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 50 lbs. Must bring your own mask and gloves.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes, shorts above the knee, or tank tops.** We will be providing lunch, and we recommend bring extra water and sunscreen.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Shannon Karafian at 631-316-4312. Shannon will be on site.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com          Report Spam

Volunteer

2

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Thursday, June 11, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, June 10 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                     Volunteer Hub                     Report Spam

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Thursday, June 18, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (6/22/2020 10:00 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, June 22 10 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance. Please ask for Marta when you arrive. For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals. PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Bring hand sanitizer. Dress is casual but neat. This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Saturday, June 20, 2020 10:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (6/24/2020 10:00 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, June 24 10 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance. Please ask for Marta when you arrive. For directions, go to https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Bring hand sanitizer. Dress is casual but neat. This is an outdoor event so dress appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Monday, June 22, 2020 10:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (6/26/2020 10:00 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, June 26 10 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance. Please ask for Marta when you arrive. For directions, go to https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Bring hand sanitizer. Dress is casual but neat. This is an outdoor event so dress appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714.



Powered by VolunteerHubadmin

Volunteer

Report Spam

**From:**      Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**      Tuesday, June 23, 2020 12:06 PM
**To:**        Jason Choe
**Subject:**   Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, June 22 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Thursday, June 25, 2020 10:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (6/29/2020 10:00 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, June 29 10 AM - 12 PM



® 2020 Microsoft Corporation
® 2020 TomTom ® 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

**Volunteer**

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Thursday, June 25, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, June 24 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

1

| From: | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
|---|---|
| Sent: | Saturday, June 27, 2020 12:05 PM |
| To: | Jason Choe |
| Subject: | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, June 26 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

**From:**        Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**        Friday, July 03, 2020 11:05 AM
**To:**        Jason Choe
**Subject:**    Island Harvest: Event Reminder (7/7/2020 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, July 7 10:30 AM - 11:30 AM



Central Islip
© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Senior Mobile Food Pantry at Allyn P. Robinson Village in Central Islip. We would like to take this opportunity to provide you with the following information which will confirm your

1

participation and outline your responsibilities at the event.

IMPORTANT: Thank you to all of our volunteers! Our food inventory is changing daily and we are working with each site to ensure we provide the best product available to them. We ask each volunteer to text John Maher, Mobile Food Pantry Coordinator, 516-967-3414, by 9:00am the day of the Mobile Food Pantry. We have found that the distribution of some of the prepared boxes of food requires limited assistance and the Mobile Food Pantry is completed in a fraction of time.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Allyn P. Robinson Village. For directions, go to https://www.google.com/maps/ and enter the address above. Parking on premises. Meet at the Island Harvest truck at 10:30AM. The truck will be parked outside the community room.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food, document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, July 04, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (7/8/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, July 8 10 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance. Please ask for Marta when you arrive. For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals. PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Bring hand sanitizer. Dress is casual but neat. This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, July 07, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, July 6 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Wednesday, July 08, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, July 7 10:30 AM - 11:30 AM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Wednesday, July 08, 2020 2:59 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Registration Complete |

 **Island Harvest**

# Event Registration Complete

You are now registered for the following event.

# Food Distribution - Central Islip

**Time**
Thursday, July 9 8:45 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
85 Wheeler Rd., Central Islip, NY 11722

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Add to Calendar**
Click here to add reminder to your calendar.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the High School in Central Islip. Meet by the pallets of food.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 30 lbs. Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open toed shoes or shorts above the knee.** We recommend bringing water and sunscreen.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Maria Quiroga at (631) 356-5636. Maria will be on site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

Volunteer Hub

2

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Wednesday, July 08, 2020 3:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (7/9/2020 8:45 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Central Islip

**Time**
Thursday, July 9 8:45 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
85 Wheeler Rd., Central Islip, NY 11722

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the
following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the High School in Central Islip. Meet by the pallets of food.


RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 30 lbs. Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open toed shoes or shorts above the knee.** We recommend bringing water and sunscreen.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Maria Quiroga at (631) 356-5636.  Maria will be on site.


Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714


Powered by VolunteerHub.com                                                    Report Spam

Volunteer Hub

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, April 07, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Laurel Park Elem School - Brentwood

**Time**
Monday, April 6 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                 VolunteerHub                 Report Spam

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Thursday, July 09, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, July 8 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com     VolunteerHub     Report Spam

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, July 11, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (7/13/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, July 13 10 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com



VolunteerHub

Report Spam

| From: | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
|---|---|
| **Sent:** | Saturday, July 11, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, July 10 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Monday, July 13, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (7/15/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, July 15 10 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, July 15, 2020 10:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (7/17/2020 10:00 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, July 17 10 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

2

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Thursday, July 16, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, July 15 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, July 18, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (7/20/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, July 20 10 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the
following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Saturday, July 18, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, July 17 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                                    Report Spam

VolunteerHub

1

| From: | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
|---|---|
| Sent: | Wednesday, July 22, 2020 10:05 AM |
| To: | Jason Choe |
| Subject: | Island Harvest: Event Reminder (7/24/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, July 24 10 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                                                      Report Spam

VolunteerHub

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, July 22, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, July 21 10:30 AM - 11:30 AM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                                          Report Spam

VolunteerHub

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Wednesday, July 22, 2020 5:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (7/23/2020 12:15 PM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Selden

**Time**
Thursday, July 23 12:15 PM - 3 PM



Hawkins
p © 2020 Microsoft Corporation
S © 2020 TomTom © 2020 HERE

**Location**
2000 Boyle Rd., Selden NY 11784

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the St. Joseph's Village in Selden.

RESPONSIBILITIES
Distribute food to members of the community.  **Must be able to lift 30 lbs.  Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes or shorts above the knee.** We recommend bringing sunscreen and water.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Call our Hauppauge office at 631-873-4775, and ask for Marilyn, Zoila, or Angela.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer Hub

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Friday, July 24, 2020 3:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Food Distribution - Selden

**Time**
Thursday, July 23 12:15 PM - 3 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate you taking a few minutes now to share your experience with us. Please reply to this email with any comments or observations you might have. If you have already sent us your feedback, please disregard this request.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, July 28, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Food Distribution - Melville

**Time**
Monday, July 27 9:45 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate you taking a few minutes now to share your experience with us. Please reply to this email with any comments or observations you might have. If you have already sent us your feedback, please disregard this request.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Wednesday, July 29, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (7/31/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, July 31 10 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Powered by VolunteerHub.com

VolunteerHub

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Friday, July 31, 2020 11:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (8/4/2020 10:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, August 4 10:30 AM - 11:30 AM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Senior Mobile Food Pantry at Allyn P. Robinson Village in Central Islip. We would like to take this opportunity to provide you with the following information which will confirm your

participation and outline your responsibilities at the event.

IMPORTANT:  Thank you to all of our volunteers! Our food inventory is changing daily and we are working with each site to ensure we provide the best product available to them. We ask each volunteer to text John Maher, Mobile Food Pantry Coordinator, 516-967-3414, by 9:00am the day of the Mobile Food Pantry. We have found that the distribution of some of the prepared boxes of food requires limited assistance and the Mobile Food Pantry is completed in a fraction of time.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Allyn P. Robinson Village.  For directions, go to https://www.google.com/maps/ and enter the address above.  Parking on premises. Meet at the Island Harvest truck at 10:30AM. The truck will be parked outside the community room.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food, document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.



Island Harvest  15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, August 01, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (8/3/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, August 3 10 AM - 12 PM



@ 2020 Microsoft Corporation
@ 2020 TomTom @ 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer∷Hub

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Saturday, August 01, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, July 31 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

VolunteerHub

1

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Thursday, August 06, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, August 5 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, August 08, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (8/10/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, August 10 10 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer Hub

Report Spam

| From: | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
|---|---|
| Sent: | Monday, August 10, 2020 10:05 AM |
| To: | Jason Choe |
| Subject: | Island Harvest: Event Reminder (8/12/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, August 12 10 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Volunteer Hub                    Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Monday, August 10, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (8/11/2020 9:30 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Central Islip

**Time**
Tuesday, August 11 9:30 AM - 11:30 AM



**Location**
606 Allyn Ln., Central Islip, NY 11722

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for Allyn P. Robinson Village in Central Islip.

RESPONSIBILITIES
Distribute food to members of the living community. Volunteers will assist with going door to door to deliver to seniors. **Must be able to lift 30 lbs. Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather. **No open-toed shoes, shorts above the knee, or tank tops.**

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Jackie will be on site. If you have any questions, call our Hauppauge office at 631-873-4775, and ask for Marilyn, Zoila, or Angela.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Thursday, August 13, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, August 12 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

**Volunteer**Hub

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Thursday, August 13, 2020 1:54 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Registration Complete |

 **Island Harvest**

# Event Registration Complete

You are now registered for the following event.

# Food Distribution - Hicksville

**Time**
Tuesday, August 18 9:30 AM - 3 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
195 N. Broadway, Hicksville, NY 11801

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Add to Calendar**
Click here to add reminder to your calendar.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the old Sears across from the Broadway Mall. Meet at the Island Harvest Truck.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 30 lbs.  Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes.** We recommend bringing a hat, sunscreen, and extra water. We will be providing lunch and beverages for all volunteers.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Shannon Karafian at 631-316-4312. Shannon will be on site.



Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com          Volunteer          Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Monday, August 17, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (8/18/2020 9:30 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

## Food Distribution - Hicksville

**Time**
Tuesday, August 18 9:30 AM - 3 PM



**Location**
195 N. Broadway, Hicksville, NY 11801

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the old Sears across from the Broadway Mall. Meet at the Island Harvest Truck.

RESPONSIBILITIES
Distribute food to members of the community.  **Must be able to lift 30 lbs.  Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes**. We recommend bringing a hat, sunscreen, and extra water. We will be providing lunch and beverages for all volunteers.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Shannon Karafian at 631-316-4312. Shannon will be on site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                                                Report Spam

**Volunteer**

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Wednesday, August 19, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (8/21/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, August 21 10 AM - 12 PM



® 2020 Microsoft Corporation
® 2020 TomTom ® 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, August 22, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (8/24/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Monday, August 24 10 AM - 12 PM


® 2020 Microsoft Corporation
® 2020 TomTom ® 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer! 

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Saturday, August 22, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Friday, August 21 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

VolunteerHub

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Monday, August 24, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (8/26/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, August 26 10 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Wednesday, August 26, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (8/28/2020 10:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

## Meal Distr - Ross High School - Brentwood

**Time**
Friday, August 28 10 AM - 12 PM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
S 5th Ave, Brentwood, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Ross High School main entrance.  Please ask for Marta when you arrive.  For directions, go to
https://www.google.com/maps/ and enter the address above.

RESPONSIBILITIES
Assist Brentwood School District with counting and distributing meals.  PLEASE NOTE THAT THE MINIMUM AGE
FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone.  Bring hand sanitizer.  Dress is casual but neat.  This is an outdoor event so dress
appropriately for the weather.

CANCELLATION
If you need to cancel, please do so online following the instructions below. If you need to cancel within 2 days of
the event, please email shannon@islandharvest.org.

CONTACT
For questions and issues, please contact Shannon Karafian at 631-873-4775 x208.

Hiland Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

| From: | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
|---|---|
| Sent: | Thursday, August 27, 2020 12:05 PM |
| To: | Jason Choe |
| Subject: | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Meal Distr - Ross High School - Brentwood

**Time**
Wednesday, August 26 10 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                Report Spam

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Monday, August 31, 2020 1:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (9/1/2020 12:45 PM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Brentwood

**Time**
Tuesday, September 1 12:45 PM - 3 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
95 Second Avenue, Brentwood, NY 11717

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for Brentwood Village.

RESPONSIBILITIES
Distribute food door-to-door.  Food will be delivered by volunteers to clients in Brentwood Village.  **Must be able to lift 30 lbs.  Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an indoor and outdoor event. **No open-toed shoes or shorts above the knee.** We recommend bringing sunscreen and water.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Call 631-873-4775 and ask for Yvette.

Island Harvest, 15 Grumman Road West, Suite 145D, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

2

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Wednesday, September 02, 2020 12:05 PM
**To:** Jason Choe
**Subject:** Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

Thank you for attending!

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, September 1 10:30 AM - 11:30 AM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate your taking a few minutes now to share your experience at this particular event. Please reply to this email with any comments or observations you might have. If you have already responded, please disregard.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                                    Report Spam

VolunteerHub

1

**From:**       Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**       Wednesday, September 02, 2020 3:05 PM
**To:**         Jason Choe
**Subject:**    Island Harvest: Thank You!

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Food Distribution - Brentwood

**Time**
Tuesday, September 1 12:45 PM - 3 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate you taking a few minutes now to share your experience with us. Please reply to this email with any comments or observations you might have. If you have already sent us your feedback, please disregard this request.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    VolunteerHub                    Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Thursday, September 10, 2020 10:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (9/11/2020 9:45 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Greenlawn

**Time**
Friday, September 11 9:45 AM - 12 PM



© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
150 Duncan Elder Drive, Greenlawn, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for Paumanack Village III and IV in Greenlawn.

RESPONSIBILITIES
Distribute food door-to-door to seniors in Paumanack Village III and IV.  **Must be able to lift 30 lbs.  Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an indoor and outdoor event. **No open-toed shoes or shorts above the knee.** We recommend bringing sunscreen and water.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Call Angela at (631)505-2803.  She will be on-site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer Hub

Report Spam

2

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Friday, September 11, 2020 11:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (9/15/2020 10:30 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, September 15 10:30 AM - 11:30 AM



**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Senior Mobile Food Pantry at Allyn P. Robinson Village in Central Islip. We would like to take this opportunity to provide you with the following information which will confirm your

1

participation and outline your responsibilities at the event.

IMPORTANT: Thank you to all of our volunteers! Our food inventory is changing daily and we are working with each site to ensure we provide the best product available to them. We ask each volunteer to text John Maher, Mobile Food Pantry Coordinator, 516-967-3414, by 9:00am the day of the Mobile Food Pantry. We have found that the distribution of some of the prepared boxes of food requires limited assistance and the Mobile Food Pantry is completed in a fraction of time.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Allyn P. Robinson Village.  For directions, go to https://www.google.com/maps/ and enter the address above.  Parking on premises. Meet at the Island Harvest truck at 10:30AM. The truck will be parked outside the community room.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food, document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer·Hub

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Tuesday, September 15, 2020 7:52 PM
**To:** Jason Choe
**Subject:** Island Harvest: Event Registration Complete

 **Island Harvest**

# Event Registration Complete

You are now registered for the following event.

# Food Distribution - Hempstead

**Time**
Sunday, September 20 11:30 AM - 4 PM



**Location**
145 Fulton Ave., Hempstead, NY 11550

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Add to Calendar**
Click here to add reminder to your calendar.

**Additional Information**

1

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the Wells Fargo in Hempstead. Meet at the Island Harvest Truck.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 30 lbs. Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes**. We recommend bringing water and a snack.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Elizabeth Notarbartolo at 516-805-6024. Elizabeth will be on site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer-Hub

Report Spam

2

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, September 19, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (9/20/2020 11:30 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Hempstead

**Time**
Sunday, September 20 11:30 AM - 4 PM



**Location**
145 Fulton Ave., Hempstead, NY 11550

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the Wells Fargo in Hempstead. Meet at the Island Harvest Truck.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 30 lbs. Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes**. We recommend bringing water and a snack.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Elizabeth Notarbartolo at 516-805-6024. Elizabeth will be on site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

**From:** Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:** Thursday, September 24, 2020 10:05 AM
**To:** Jason Choe
**Subject:** Island Harvest: Event Reminder (9/25/2020 9:45 AM)

 **Island Harvest**

# · **Event Reminder**

This is an automatic reminder of the following event.

# **Food Distribution - Greenlawn**

**Time**
Friday, September 25 9:45 AM - 12 PM

Greenlawn


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
Paumanack Village Drive, Greenlawn, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for Paumanack Village I and II.

RESPONSIBILITIES
Distribute food door-to-door.  Food will be delivered by volunteers to clients in Paumanack Village I and II.  **Must be able to lift 30 lbs.  Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an indoor and outdoor event. **No open-toed shoes or shorts above the knee.** We recommend bringing sunscreen and water.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
 Contact Zoila at 631-894-8569 or Angela at 631-505-2803.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer Hub

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, September 26, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

Thank you for attending!

# Food Distribution - Greenlawn

**Time**
Friday, September 25 9:45 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate you taking a few minutes now to share your experience with us. Please reply to this email with any comments or observations you might have. If you have already sent us your feedback, please disregard this request.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

**Volunteer**Hub

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Tuesday, September 29, 2020 9:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (10/2/2020 8:45 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Hauppauge

**Time**
Friday, October 2 8:45 AM - 11 AM



Long Island E... © 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
40 Marcus Blvd., Hauppauge, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest at our Hauppauge facility. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities

1

at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Island Harvest Food Bank in Hauppauge. For directions, go to http://maps.google.com/ and enter the address provided above. Parking on premises. **To ensure everyone's safety during the coronavirus pandemic, volunteers need to come to the main entrance of the building to fill out a brief questionnaire and have their temperature taken prior to beginning their volunteer work.**

RESPONSIBILITIES
Assist seniors coming in for food during walk-in hours at Island Harvest's Hauppauge facility. Determine if individuals are eligible to receive food then help them bring a food box to their car.

**The minimum age for volunteering is 16. Must be able to lift 30 pounds. Please note that is an outdoor event.**

RECOMMENDATIONS
This is an outdoor event. Dress appropriately for the weather. **No open-toed shoes or shorts above the knee.** We recommend bringing sunscreen and water. Bring a mask and gloves if you have them.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Call our Hauppauge office at 631-873-4775 and ask for Angela or call her cell at 631-505-2803

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                                          Report Spam

Volunteer

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Tuesday, September 29, 2020 7:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (9/30/2020 9:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Central Islip

**Time**
Wednesday, September 30 9 AM - 11:30 AM


© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
200 Half Mile Rd., Central Islip, NY 11722

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the Reed Middle School in Central Islip.

RESPONSIBILITIES
Distribute food to members of the community.  **Must be able to lift 30 lbs.  Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes.** We recommend bringing water.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
John Maher at 516-967-3414. John will be on site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer/HUB

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Friday, October 02, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (10/3/2020 12:00 PM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

## Food Distribution - Hempstead

**Time**
Saturday, October 3 12 PM - 4:30 PM



West Hempstead
© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
145 Fulton Ave., Hempstead, NY 11550

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the Wells Fargo in Hempstead. Meet at the Island Harvest Truck.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 30 lbs. Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes**. We recommend bringing water and a snack.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Elizabeth Notarbartolo at 516-805-6024. Elizabeth will be on site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

Volunteer

| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
|---|---|
| **Sent:** | Tuesday, October 06, 2020 9:05 AM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (10/7/2020 9:00 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Reed Mid Schl, Central Islip

**Time**
Wednesday, October 7 9 AM - 11:30 AM

**Location**
200 Half Mile Rd., Central Islip, NY 11722

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the Reed Middle School in Central Islip.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 30 lbs. Bring your own mask and gloves if you have them.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes.** We recommend bringing water.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
John Maher at 516-967-3414. John will be on site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com                    Report Spam

Volunteer Hub

| From: | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
|---|---|
| Sent: | Friday, October 09, 2020 12:05 PM |
| To: | Jason Choe |
| Subject: | Island Harvest: Event Reminder (10/10/2020 12:00 PM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Hempstead

**Time**
Saturday, October 10 12 PM - 3:30 PM



West Hempstead
© 2020 Microsoft Corporation
© 2020 TomTom © 2020 HERE

**Location**
145 Fulton Ave., Hempstead, NY 11550

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

1

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the Wells Fargo in Hempstead. Meet at the Island Harvest Truck.

RESPONSIBILITIES
Distribute food to members of the community. **Must be able to lift 30 lbs. Bring your own mask and gloves if you have.**

WHAT TO WEAR/BRING
Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes**. We recommend bringing water and a snack.

CANCELLATION
If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT
Elizabeth Notarbartolo at 516-805-6024. Elizabeth will be on site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer Hub

Report Spam

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, October 10, 2020 12:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Thank You! |

 **Island Harvest**

# Thank You!

## Thank you for attending!

# Food Distribution - Greenlawn

**Time**
Friday, October 9 9:45 AM - 12 PM

**Additional Information**

Thank you so much for supporting Island Harvest and our efforts to end hunger and reduce food waste on Long Island. We could not do it without you!

We would appreciate you taking a few minutes now to share your experience with us. Please reply to this email with any comments or observations you might have. If you have already sent us your feedback, please disregard this request.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

VolunteerHub

Report Spam

1

| | |
|---|---|
| **From:** | Volunteer Support via VolunteerHub <b02@b.volunteerhub.com> |
| **Sent:** | Saturday, October 10, 2020 1:05 PM |
| **To:** | Jason Choe |
| **Subject:** | Island Harvest: Event Reminder (10/13/2020 10:30 AM) |

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Central Islip Senior Mobile Food Pantry

**Time**
Tuesday, October 13 10:30 AM - 11:30 AM



**Location**
600 Allyn Lane, Central Islip, NY

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering for the Island Harvest Senior Mobile Food Pantry at Allyn P. Robinson Village in Central Islip. We would like to take this opportunity to provide you with the following information which will confirm your

1

participation and outline your responsibilities at the event.

IMPORTANT: Thank you to all of our volunteers! Our food inventory is changing daily and we are working with each site to ensure we provide the best product available to them. We ask each volunteer to text John Maher, Mobile Food Pantry Coordinator, 516-967-3414, by 9:00am the day of the Mobile Food Pantry. We have found that the distribution of some of the prepared boxes of food requires limited assistance and the Mobile Food Pantry is completed in a fraction of time.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Allyn P. Robinson Village.  For directions, go to https://www.google.com/maps/ and enter the address above.  Parking on premises. Meet at the Island Harvest truck at 10:30AM. The truck will be parked outside the community room.

RESPONSIBILITIES
Assist with the food distribution process: display food items, help clients select and bag food, document client information, distribute informational materials. PLEASE NOTE THAT THE MINIMUM AGE FOR VOLUNTEERING IS 16.

RECOMMENDATIONS
Bring your cell phone. Wear comfortable clothes and shoes. Most of the work will be indoors but there will be some outdoor activity.

CANCELLATION
If you need to cancel, please do so on line following the instructions below. If you need to cancel within 2 days of the event, please email volunteersupport@islandharvest.org.

CONTACT
For questions and issues, please contact John Maher at 631-873-4775 or 516-967-3414.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

**From:**     Volunteer Support via VolunteerHub <b02@b.volunteerhub.com>
**Sent:**     Tuesday, October 13, 2020 9:05 AM
**To:**       Jason Choe
**Subject:**  Island Harvest: Event Reminder (10/14/2020 9:00 AM)

 **Island Harvest**

# Event Reminder

This is an automatic reminder of the following event.

# Food Distribution - Reed Mid Schl, Central Islip

**Time**
Wednesday, October 14 9 AM - 11:30 AM

**Location**
200 Half Mile Rd., Central Islip, NY 11722

**Attendee**
Jason Choe

**Need to cancel?**
Click here to cancel your registration.

**Additional Information**

Thank you for volunteering with Island Harvest. We would like to take this opportunity to provide you with the following information which will confirm your participation and outline your responsibilities at the event.

PLEASE SAVE THIS EMAIL FOR FUTURE REFERENCE!

WHERE TO GO
Go to https://www.google.com/maps/ and enter the address above for the Reed Middle School in Central Islip.

RESPONSIBILITIES

Distribute food to members of the community. **Must be able to lift 30 lbs. Bring your own mask and gloves if you have them.**

WHAT TO WEAR/BRING

Dress appropriately for the weather as this is an outdoor event. **No open-toed shoes.** We recommend bringing water.

CANCELLATION

If you need to cancel, please do so on-line following the directions provided below. If you need to cancel within 2 days of the event, please notify us at volunteersupport@islandharvest.org.

CONTACT ON DAY OF EVENT

John Maher at 516-967-3414. John will be on site.

Island Harvest, 15 Grumman Road West, Suite 1450, Bethpage, NY 11714

Powered by VolunteerHub.com

Volunteer

Report Spam

# EXHIBIT R

Syed Taqui
4 Oakland Street
Brentwood, NY  11717

July 11, 2020

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

Dear Judge Seybert,

Please accept this character reference letter in support of Jason Choe.

For the past four years, I worked for Jason Choe at the 7-Eleven store in Brentwood, New
York. I have worked for other men at other gas stations. Jason is a very good boss. He is a
kind person who shows me respect always. I never had any sort of problem with Jason. His
behavior is excellent when he talks to anyone who works at the store and the customers.
Jason ran the business very well. Someday, I would like to be a boss like Jason. He is a fine
role model and I will always remember the good lessons I learned from him.

I worked the overnight shift many times. Some stores throw the extra food into the garbage at
the end of the day. Jason did not do this. Jason liked to donate the food to churches and
charities for needy people. For four years, Jason told me to pay for drivers to deliver the food
to good organizations. I was impressed by him and will never forget how he wanted to do the
right thing for people who needed food. I have not heard of someone paying for drivers to
deliver extra food this way. Jason does whatever he can to be a giving neighbor and
community leader.

One time, I was in the hospital with a heart problem. Jason called me every day to check on
me. He asked me if I needed anything and if there was anything he could do to help me. As his
employee, I was so happy that he cared about my wellbeing that way. As a man, I was so
thankful to know that I could count on Jason to help me during a bad time. I also remember
when my co-worker's mother-in-law died. Jason reached out to my co-worker and expressed
his sympathy.

I know for certain that Jason is a decent and generous person. My heart is heavy to think that
he is in such terrible trouble. It is his nature to be helpful and to serve his fellow man. Your
Honor, please remember my letter when you make the decision about his sentence. I urge you
to show him mercy and to consider all the good he has done for others, including me.

Respectfully,


Syed Taqui

# EXHIBIT S

August 1, 2020

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Seybert,

My name is Kwang Ho Lee and I'm writing to you on behalf of my close friend Jason Choe. I've been a marketing professional for 23 years distributing automotive lighting products for nationwide chain stores and local wholesalers.

I first met Jason in my freshman year of college at SUNY Stony Brook and have been very close friends to each other for 37 years. I remember Jason was inquisitive and eager to learn, always willing to help others in college years.

I recognize that Jason has pled guilty to a serious crime and will appear before you for sentencing. My experiences with Jason are those of a person that has always conducted oneself in an honorable way and I am confident that even though he has pled guilty this is not an example of his true character.

Jason comes from a good and religious family with faith, pride and a strong work ethic which are instilled in Jason. Jason is humble, supportive and respectful to his family and friends. Jason and his family have been serving in their churchs as elders and deacons.

I've seen Jason working very hard for long hours throughout his lifetime and dedicated to his family raising two kids who now successfully became both lawyers. Jason has never been neglected to look after others around him who need help. Jason serves in soup kitchens, sends materials to needed places through church and don't hesitate to help friends in hardship.

Judge Seybert, Jason's error in judgment is regretful and based on our frequent conversations I know he feels remorse for his actions. As a close friend of Jason, I am fully confident in his ability to remain a good citizen in the community with honesty and service. He is adaptable and intelligent to become an upstanding citizen.

If I may be of further assistance, please contact me at (516)509-1416 or via email at kevinlee55@gmail.com

Respectfully yours,

Kwang Ho Lee
20 Tower Ct.
Syosset, NY 11791

# EXHIBIT T

NAHEEN KHAN
55 WALBRIDGE AVENUE
BAY SHORE, NY 11706
(631) 372-0890

July 15, 2020

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Honorable Judge:

I, NAHEEN KHAN, being duly sworn, hereby depose and say:

That I reside at the above address, am a US resident, bearing NY Driver License No. 657 025 259.

That I have known, JASON CHOE for two years up to present time as my employer at the Seven Eleven located at 329 Washington Ave. Brentwood, NY, where I used to work for his business, as a friend and trustworthy person.

That I do not ignore Mr. CHOE pleaded guilty to a serious crime and he will appear before Judge Joanna Seybert for sentencing; yet as I am aware of his mistakes, in like manner I must speak about his virtues.

That I have never met a boss so patient, even during times when I deserved to be reproached for my mistakes. I will never forget how I was blocking the restroom door with my jack while playing with my co-worker, being unaware that Mr. CHOE was unable to get out of the restroom. My friend and I were involved in a strength competition pushing to each other while Mr. CHOE remained locked. At the end when I noticed what was happening, we expected the worst, but Mr. CHOE only smiled.

That Mr. CHOE was never an arrogant boss, I have rather known him as a compassionate, reliable and hardworking person, whom despite his human errors, it would be difficult to find such a friendly and obliging person like him.

Therefore, I am kindly requesting your consideration on behalf of Mr. JASON CHOE. Could you please show the same compassion towards him as he showed to others?

If further information is needed, please contact me at the aforementioned address or phone number. Thank you so much for your time and attention regarding this matter.

Respectfully Yours,

NAHEEN KHAN

COUNTY OF SUFFOLK
STATE OF NEW YORK

Sworn and Subscribed to before me on July 15, 2020

NOTARY PUBLIC

ROBERTO RUBIO
Notary Public, State of New York
No. 01RU6056387
Qualified In Suffolk County
Commission Expires March 19, 20 23

# EXHIBIT U

SIKANDAR Z. KHAN
PO BOX 51
BAY SHORE, NY 11706
(631) 839-3738

July 15, 2020

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

I, SIKANDAR Z. KHAN, being duly sworn, hereby depose and say:

That my mailing address is as shown above, am a US citizen, bearing NY Driver License No. 814 862 126.

That I have known, JASON CHOE from year 2006 up to present time as my employer at the Seven Eleven located at 329 Washington Ave. Brentwood, NY, where I used to work for his business during night hours.

That it is clear to me how Mr. CHOE pleaded guilty to a serious crime and he will appear before Judge Joanna Seybert for sentencing

That even if I worked for Mr. CHOE for one year only (2006- 2007), I have nice recollections about him. Though I was working mainly during the night shift, but sometimes alternately, I heard every positive comment about him in terms of his treatment towards his employees.

It is true I did not see him often, but every time I needed him he was available to listen to his employees whether to solve work issues or personal issues. I will never forget how he loaned me money without interest for me to pay a debt, which he allowed me to pay back by installments. That was very nice of him whom barely knew me by the time.

That Mr. CHOE's good treatment towards his employees and contribution to our society deserves a second opportunity. Unlike others causing chaos on the streets, Mr. CHOE has been a hardworking man all his life. For this reason I am kindly requesting from you, your honor, to be lenient towards Mr. JASON CHOE's mistakes.

If you need further information, please contact me at the aforementioned address or phone number. Thank you so much for your time and attention regarding this matter.

Respectfully Yours,

SIKANDAR Z. KHAN

COUNTY OF SUFFOLK
STATE OF NEW YORK

Sworn and Subscribed to before me on July 15, 2020

NOTARY PUBLIC

ROBERTO RUBIO
Notary Public, State of New York
No. 01RU6056387
Qualified in Suffolk County
Commission Expires March 19, 20 23

# EXHIBIT V

**Muhammad Anwar**
**44 Juniper Street**
**Central Islip, 11722**

July 10, 2020

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

Thank you for taking time to read this letter in support of leniency for Jason Choe. When I first met Jason, I was one of his customers at his 7-Eleven store. Later, I became his employee and manager of the store. I was very sorry to hear about his legal case. It breaks my heart to see such a caring, polite, decent man going through such a difficult time. Jason explained that he made a mistake and understood that he broke the law. Your Honor, I am glad to have this chance to tell you about Jason from my point of view.

I have been working at various 7-Eleven stores for over twenty years. I know this business very well and have worked for several different owners. Jason is by far the best boss I ever had. Jason is kind and humble. He treats customers, workers, and neighbors with respect. If a worker makes a mistake, Jason is quick to forgive them. Not every boss is like that.

Jason was also well-respected and well-liked in the surrounding community. He let local organizations put up signs in the windows to publicize their activities. Not only that, Jason went to attend and to participate in these events. He wanted to be part of the community and have a positive impact. The customers knew him well. He was part of their lives for many years. I know that people miss him very much, the neighbors and the workers.

Once, I remember a man came in a stole a pair of glasses. We could see it on the video. Later, the man came back and tried to return the glasses for a refund. Jason was there. He knew the man stole the glasses. Then, Jason gave him the money for the refund anyway. He spoke very gently to the man who was clearly poor and struggling. He simply said, "Don't do that again. Please don't steal." I could hardly believe it.

Your Honor, I would work for Jason again anywhere. He is such a good-hearted man with a generous spirit. He sees every person as a human being worthy of respect. He ran his business well and took pride in his store. I wish he had not made such a serious mistake. I know he wishes he could go back and make a different decision. Please remember this letter when you decide his sentence. Jason is worthy of mercy.

With respect,


Muhammad Anwar

# EXHIBIT W

ROBERTO RUBIO
7 WINFIELD AVENUE
BRENTWOOD, NY 11717
(631) 220-2248

July 8, 2020

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

I, ROBERTO RUBIO, being duly sworn,  hereby depose and say:

That I reside at the above address, am a US citizen, bearing NY Driver License No. 362 568 496.

That I have known JASON CHOE for two years as my employer at the Seven Eleven located at 329 Washington Avenue, Brentwood, NY, friend, and trustworthy person.

It is clear to me Mr. CHOE will appear before Judge Joanna Seybert for sentencing as he pleaded guilty to a serious crime. Yet, your honor, with due respect, I cannot picture Mr. CHOE in jail after having known his character and nature as a good citizen, who has provided help and support for our Community.

Two years ago when I came to his business looking for a  job, he did not hesitate, on the contrary, he was very supportive, despite this type of job was not my field of expertise. Due to recession and other factors I had lost a professional job, but Mr. CHOE opened the doors of his business, and helped me to bring food to my household.

Mr CHOE's good actions were not only in regard to me but to all our co-workers. He showed to be very patient towards employees that were constantly calling out, especially women. In multiple times him, the then owner of the franchise, had to come to work earlier to fill in for irresponsible employees, but against all odds, when we  thought he would fire her, he just gave her another opportunity. That was always his nature.

He was always an excellent boss, not arrogant or inaccessible, but someone with whom you could successfully talk to solve issues whether personal or related to the job. If he promised something, unlike to others, he proved to be a man of his word. While working for him the first week, I had to step out during busy hours to take care of something personal, but Mr. CHOE did not refuse or nag, he rather filled in for me while I was absent. Likewise, at the end of the year, even if I had been an employee for less than six months, he rewarded me with the same bonus as he did with the rest of my co-workers.

That I have always known him to be a decent, respectful and hard working person that even if subject to human errors, he does not represent the worst of our society.

That this statement is made with the intention of requesting your leniency in favor of JASON CHOE, whose social conduct, nature and attitude, despite his mistake, is an asset to our Community.

Respectfully yours,

ROBERTO RUBIO

SUFFOLK COUNTY          )
                                            SS     Sworn and subscribed to before me on July 8ᵗʰ , 2020
STATE OF NEW YORK   )

NOTARY PUBLIC

BHADRESH BHATTACHARYA
Notary Public  State of New York
No. 01AC5002965
Qualified in Suffolk County
Commission Expires October 13, 20 22

# EXHIBIT X

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Seybert,

My name is Jane Choe and I am writing this letter on behalf of my brother-in-law, Jason Choe. I have
been married to his youngest brother, Christopher Choe, for 19 years. I was shocked and saddened when
Jason came to confess to us that he had violated the law. But he has taken full responsibility for his
mistakes.

After becoming part of the Choe family in 2001, I saw Jason's dedicated and all-encompassing love for
his immediate and extended family. That first impression was exactly right.

Over the years, I have seen Jason work tirelessly and joyfully to be of service to his family. After the
death of his mother in May, 2019, Jason has taken the reigns of the patriarch in the family, as his father
suffers from Parkinson's disease. Jason is the oldest of four children. When his brother, Sam's wife
passed away in 2014 of stomach cancer, Jason stepped in to run Sam's small businesses while Sam
grieved and tended to his three children.

We are fortunate to know Jason. It is a gift to see his full capacity to love his family. Since the legal
process started, he has been honest and contrite about his illegal actions. He is serving as an example of
how to accept consequences with humility. I hope that you will keep our words in mind as you decide
upon the appropriate sentence to hand down in this case.

Sincerely,
Jane Choe