

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

VTN
F. #2019R01615

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2020

<u>By ECF</u>

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Yong Min Choe
             <u>Criminal Docket No. 20-153 (JS)</u>

Dear Judge Seybert:

      The government respectfully submits this letter to request that the Court order restitution in connection with the above-captioned matter. Defendant Yong Min Choe is scheduled to be sentenced on October 30, 2020, at 11:30 a.m. A proposed restitution order consistent with the Presentence Investigation Report and the plea agreement between the parties is attached hereto. The defendant has no objection to the proposed order.

             Respectfully submitted,

             SETH D. DUCHARME
             Acting United States Attorney

      By:    /s/ Virginia Nguyen
            Virginia Nguyen
            Special Assistant U.S. Attorney
            (718) 254-6280

cc:    Clerk of the Court (JS) (by E-mail and ECF)
       Jeffrey Einhorn, Esq. (by E-mail and ECF)
       Gregory Giblin, United States Probation Officer (by E-mail)