**CRIMINAL CAUSE FOR SENTENCING** (Time on bench :40)

Before: Seybert, J.          Date: 10/30/2020  Time: 11:30

DOCKET NUMBER: CR 20-153          TITLE: USA-V-

DEFT NAME: YONG MIN CHOE          DEFT: #
   X PRESENT ___ NOT PRESENT ___ IN CUSTODY  X ON BAIL

ATTY. FOR DEFT.: JEFFREY LICHTMAN; JEFFREY EINHORN          C.J.A.
   X PRESENT ___ NOT PRESENT  X RET
   FED. DEF. OF NY, INC.

A.U.S.A. VIRGINIA NGUYEN          DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: D. TURSI

- [X] Case called for sentence. Counsel for all sides present.
- [X] Statements of defendant and counsel heard.
- [X] Pre-sentence report, as modified by addenda, adopted.
- [ ] Pre-sentence report adopted, as amended.
- [X] Guidelines are adopted.
- [ ] Guidelines adopted, as amended.
- [X] The defendant is sentenced as follows:
- [X] The defendant is sentenced to a period of probation of 3 years on Count 1 of the Information.
- [X] Special conditions of probation, as more fully set forth in judgment: The defendant shall not possess a firearm, ammunition, or destructive device.
  The defendant shall comply with restitution order.
  The defendant shall cooperate with Probation Department as to self-employment.
  The defendant shall provide full financial disclosure to Probation Department.
- [ ] The defendant shall be fined the sum of $         .
- [X] The fine shall be waived due to the defendant's inability to pay such a fine.
- [X] Special assessment of $100 is imposed on each count for a total assessment of   100.00  .

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 30 2020 ★
LONG ISLAND OFFICE

___    **The defendant's motion for a downward departure of the Guidelines is hereby:**

___    **Decision entered on the record.**

___    **On motion of the AUSA the remaining counts of the indictment(s) are hereby dismissed.**

_X_    **The defendant is advised of the right to appeal or the lack thereof.**

**The defendant ___remains in custody.    _X_ remains on bail.
        ___is remanded.     ___shall surrender on  _/_ /2020.**

WORD