```
                                                          F I L E D
                                                      IN CLERK'S OFFICE
                                                  U.S. DISTRICT COURT E.D.N.Y.

                                                     ★   OCT 30 2020   ★
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                         LONG ISLAND OFFICE
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              ORDER OF RESTITUTION

       – against –                    Criminal Docket No. 20-153

YONG MIN CHOE,

                   Defendant.

- - - - - - - - - - - - - - - - - - - X
```

WHEREAS, defendant YONG MIN CHOE pleaded guilty on April 29, 2020, in the above-captioned case,

1. This order of restitution will be incorporated by reference to the Judgment and Commitment Order to be filed in connection with the above-captioned case.

2. The defendant is directed to pay restitution to the victims named and in the amounts listed in Exhibit A to this order. Exhibit A shall be kept under seal until further order of this court except that appropriate personnel of the Clerk's Office and the United States Attorney's Office shall have immediate access to it in order to make the distribution required by this order.

3. Restitution is due immediately, but payable at the rate of 10% of the defendant's gross monthly income, including income from all sources, in monthly payments. The total restitution amount to be paid is $168,215.00. *See* 18 U.S.C. § 3612(f). Monthly payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

4. The Clerk is directed to distribute restitution payments *pro rata* to the victims at least once per year to the extent funds are available to distribute. The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated: Central Islip, New York
10/30, 2020

/s/ Joanna Seybert
HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE